WO

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Skaggs,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Director of the Arizona Department of Corrections, et al.,<br><br>　　　　Respondents. | No. CV 08-1683-PHX-FJM<br><br>**ORDER** |

The court has before it Petitioner's First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 10), Respondents' answer (doc. 13), and the Report and Recommendation of the United States Magistrate Judge (doc. 14). No objection to the Report and Recommendation was filed.

After review, we accept the recommended decision of the United States Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases. Therefore, **IT IS ORDERED DENYING** the First Amended Petition for Writ of Habeas Corpus (doc. 10).

DATED this 8th day of May, 2009.

　　　　　　　　　　　　　　　　　　／s／ Frederick J. Martone
　　　　　　　　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　　　　　　　　United States District Judge